# United States Court of Appeals for the Fifth Circuit

―――――――――

No. 25-40753
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**

July 14, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Franklin Joseph Perkins,

*Defendant—Appellant*.

―――――――――――――――――――――

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:23-CR-26-1

―――――――――――――――――――――

Before Smith, Southwick, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Franklin Joseph Perkins has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Perkins has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur

―――――――――――――――――――

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40753

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.